IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01515-WDM-CBS

SCOTT A. FOUNTAIN,
    Applicant,
v.

WARDEN R.A. HOOD, and
U.S. PAROLE COMMISSION,
    Respondents.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on: (1) Fountain's letter to the court (filed April 5, 2005) (doc. # 56) (docketed by the Clerk of the Court as a motion to stay any dispositive ruling in this case for 21 days); and (2) Fountain's "Motion to Judicially Notice Additional Adjudicative Facts; Expand the Record; and Explicate Material Facts (with Explication)" (filed September 20, 2005) (doc. # 73).  Pursuant to the Order of Reference dated October 29, 2004 and the memorandum dated September 20, 2005, these matters were referred to the Magistrate Judge.  The court has reviewed the matters, the entire case file, and the applicable law and is sufficiently advised in the premises.

1.    On January 11, 2005, the Magistrate Judge issued a Recommendation that Fountain's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") be dismissed with prejudice.  On January 26, 2005 Fountain filed his

Objections to the Recommendation, a "Motion for Summary Judgment," and a "Motion to Supplement/Amend Adding Party."  On February 7, 2005 the Magistrate Judge issued a second Recommendation that Fountain's additional Motions be denied.

Since February 7, 2005, Fountain has filed numerous papers addressing the issues raised in his Petition, the Recommendations of United States Magistrate Judge filed January 11, 2005 and February 7, 2005, and the Order issued by the Magistrate Judge on March 25, 2005.  (*See, e.g.*, "Reply to Respondents' Filing of Supplemental Authority" (doc. # 46);  Objections to the February 7, 2005 Recommendation (doc. # 47);  "Supplemental Authorities in Support of Summary Judgment" (doc. # 48);  "Notice of Supreme Court Effected Cite" (doc. # 50); appeal to the District Judge of the Magistrate Judge's Order dated March 23, 2005 (doc. # 54) denying Fountain's "Motion to Judicially Notice Adjudicative Facts;" "Filing of Supplemental Authority to: Applicant's 28 U.S.C. § 636(b)(1)(A) Objection to March 25, 2005 Order of a Magistrate Judge" (doc. # 55); "Reply to Respondent's ‹Filing of Copy of Unsolicited Letter from Pro Se Applicant which Purportedly Raises Issues which He Thinks Important' " (doc. # 60); "Motion to Supplement (and Supplement) . . . (filed June 6, 2005) (doc. # 65), and "Motion to Judicially Notice Additional Adjudicative Facts; . . ." (filed September 20, 2005) (doc. # 73)).

2.	In his most recent motion filed September 20, 2005 (doc. # 73), Fountain asks the court to take note of proposed bill HR 3072, his birth certificate, and the "U.S. Bureau of Prisons Program Statement 5215.05 Youth Corrections Act."  Fountain presents his "explication" in the form of additional arguments in support of his habeas

petition. All of the arguments that Fountain presents may properly be considered by the District Judge in accordance with his review of this civil action pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

3.      In his letter filed April 5, 2005, Fountain asked the court to "hold in abeyance any case-dispositive ruling in this case for a period of 21 days." As of this date, no "case-dispositive" ruling has been made and the requested 21-day stay has passed. Thus, Fountain's request is now moot.

   Accordingly, IT IS ORDERED that:

   1.      Fountain's letter to the court (filed April 5, 2005) (doc. # 56) (docketed by the Clerk of the Court as a motion to stay any dispositive ruling in this case for 21 days) is DENIED as moot.

   2.      Fountain's "Motion to Judicially Notice Additional Adjudicative Facts; Expand the Record; and Explicate Material Facts (with Explication)" (filed September 20, 2005) (doc. # 73) is GRANTED only to the extent that his motion may be treated as a supplement to his objections and may be considered by the District Judge in accordance with his review of this civil action pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

   DATED at Denver, Colorado, this 22nd day of September, 2005.

                                                          BY THE COURT:


                                                          s/Craig B. Shaffer

Craig B. Shaffer
United States Magistrate Judge