IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-1515-WDM-CBS

SCOTT A. FOUNTAIN,

    Petitioner,

v.

WARDEN R.A. HOOD, and U.S. PAROLE COMMISSION,

    Respondents.

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

Miller, J.

This matter is before me on the February 7, 2005 recommendation of Magistrate Judge Craig B. Shaffer that petitioner's motions for summary judgment and to supplement or add a party be denied. Petitioner filed a timely objection to this recommendation. 28 U.S.C. § 636(b).

I have reviewed *de novo* the pertinent portions of the record, including the motion for summary judgment, the motion to supplement, the recommendation, and the objection. I conclude the recommendation should be accepted because neither petitioner's objection nor his motions cure the deficiencies of his claims, as addressed in the January 11, 2005 recommendation. Further, I will address the arguments raised in the motion for summary judgment in connection with petitioner's

objection to the January 11, 2005 recommendation.[1]

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Shaffer, issued February 7, 2005, is accepted.

2. Petitioner's motion for summary judgment, filed January 26, 2005, is denied.

3. Petitioner's motion to amend, filed January 26, 2005, is denied.

DATED at Denver, Colorado, on September 30, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge

---

[1] This recommendation will be addressed by a separate order.