IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-01515-WDM-CBS

SCOTT A. FOUNTAIN,

    Petitioner,

v.

WARDEN RON WILEY, and
U.S. PAROLE COMMISSION,

    Respondents.

**ORDER ON MOTION TO ALTER OR AMEND MAGISTRATE JUDGE'S REPORT**

Miller, J.

This matter is before me on the Motion to Alter or Amend Magistrate Judge's Report (doc no 81) concerning Magistrate Judge Shaffer's January 11, 2005 recommendation (doc no. 36) that Petitioner's Amended Application for Writ of Habeas Corpus be denied. I construe Petitioner's Motion as an objection to the recommendation pursuant to Fed. R. Civ. P. 72(b). Objections are required to be served and filed within ten days after being served with a copy of the recommendation. Fed. R. Civ. P. 72(b). Petitioner's objections are untimely, as they are filed nearly two years after the issuance of the recommendation, and rely on case law and issues that were available to Petitioner at the time. I have already adopted the recommendation and overruled Petitioner's previously filed objections and the case has been terminated.

Accordingly, it is ordered:

1. The Motion to Alter or Amend Magistrate Judge's Report (doc no 81) is denied.

DATED at Denver, Colorado, on January 31, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge