IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-01515-WDM-CBS

SCOTT A. FOUNTAIN,

    Petitioner,

v.

WARDEN RON WILEY, and
U.S. PAROLE COMMISSION,

    Respondents.

## ORDER ON MOTION TO ALTER OR AMEND JUDGMENT

Miller, J.

    This matter is before me on Petitioner's Motion to Alter or Amend Judgment; and To Reconsider Orders (doc no 84), filed pursuant to Rule 59(e).  A Rule 59(e) motion to alter or amend a judgment "should be granted only 'to correct manifest errors of law or to present newly discovered evidence.'"  *Phelps v. Hamilton*, 122 F.3d 1309, 1324 (10th Cir. 1997).  Petitioner requests that I amend my order denying his Petition for Writ of Habeas Corpus based on arguments contained in various pleadings (docs no 65 and 73), which were submitted before the issuance of the Magistrate Judge's recommendations.  I have considered the arguments and materials contained in these documents.  Petitioner's argument concerning the effect of the Federal Youth

Corrections Act on Section 235 is unavailing.  Accordingly, I discern no manifest error of law and Petitioner's motion is denied.

DATED at Denver, Colorado, on April 24, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge